# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>GEMINI INSURANCE COMPANY,<br><br>                    Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:22-cv-01114-TMC |

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered against Plaintiff Travelers Property Casualty Company of America

and in favor of Defendant Gemini Insurance Company in the amount of $52,279.45.

Dated April 26, 2024.

Ravi Subramanian
Clerk of Court


*/s/Michael Williams*
Deputy Clerk